| | |
|---|---|
| 1 | **Shapiro, Van Ess & Sherman, LLP** |
| | 3636 N. Central Ave., Suite #400 |
| 2 | Phoenix, AZ 85012 |
| | (602)222-5711 |
| 3 | (602)222-5701 Facsimile |
| | (847) 627-8802 Facsimile |
| 4 | AZNotices@logs.com, e-mail |
| | Jason P. Sherman, Bar # 019999 |
| 5 | Lydia R. Tulin, Bar #027093 |
| | Attorney for Nationstar Mortgage LLC |
| 6 | [FILE 14-021410 CXE] |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Case # 2:14-bk-11134-PS |
| VERONICA ELIZABETH LANGLEY, | Chapter 13 |
| Debtor. | |
| NATIONSTAR MORTGAGE LLC, its assigns and / or successors-in-interest, | **ATTORNEY'S CERTIFICATE OF SERVICE AND NO OBJECTION** |
| Movant, | |
| v. | |
| VERONICA ELIZABETH LANGLEY, Edward J. Maney, Trustee, | |
| Respondents. | |

STATE OF ARIZONA  }
                  }  s.s.
COUNTY OF MARICOPA }

The undersigned, having been first duly sworn upon his oath, deposes and says:

I am the attorney of record for Nationstar Mortgage LLC in this matter.

On the 18th day of November, 2016, I caused to be deposited in the United States mail at Phoenix, Arizona, in sealed envelopes with postage thereon prepaid, the following:

1. A copy of the Notice of Filing of Motion for Authority to Modify Secured Debt for the Purpose of Modifying the Terms of an Existing Secured Loan for Real Property to

1  File an Answer to the creditors and interested parties known or believed to have an interest in the
2  subject Property; and
3          2.      A copy of the Motion for Authority to Modify Secured Debt for the
4  Purpose of Modifying the Terms of an Existing Secured Loan for Real Property, Notice of Filing
5  of Motion for Authority to Modify Secured Debt for the Purpose of Modifying the Terms of an
6  Existing Secured Loan for Real Property and Requirement to File an Answer, and a copy of the
7  proposed form of Order on Motion for Authority to Modify Secured Debt for the Purpose of
8  Modifying the Terms of an Existing Secured Loan for Real Property to the following parties:

Chapter 13 Trustee:
Edward J. Maney
101 N. First Ave, Suite 1775
Phoenix, AZ 85003

Attorney for Debtor:
William E. Ponath
Bill Ponath Law Office, PLLC
16421 North Tatum Blvd, Suite 121
Phoenix, AZ 85032

Debtor:
Veronica Elizabeth Langley
12821 W Roanoke Ave
Avondale, AZ 85323

No objections or responsive pleadings have been received as of this 12\_\_ day of December, 2016.

I hereby declare under penalty of perjury that the foregoing is true.

                                        Shapiro, Van Ess & Sherman, LLP

|   |   |
|---|---|
| 1 | _____<br>Jason P. Sherman<br>Lydia R. Tulin<br>Attorney for Nationstar Mortgage LLC |
| 2 | |
| 3 | |

Original filed this ____ day
of December, 2016 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this ____ day of December, 2016 to:

Chapter 13 Trustee:
Edward J. Maney
101 N. First Ave, Suite 1775
Phoenix, AZ 85003

Attorney for Debtor:
William E. Ponath
Bill Ponath Law Office, PLLC
16421 North Tatum Blvd, Suite 121
Phoenix, AZ 85032

Debtor:
Veronica Elizabeth Langley
12821 W Roanoke Ave
Avondale, AZ 85323

By _____